IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALVARO GOMEZ GOMEZ, | § § § | |
| *Plaintiff,* | § § § | 5:25-CV-01687-FB-RBF |
| vs. | § § § | |
| PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, SECRETARY OF HOMELAND SECURITY; ACTING FIELD DIR. SYLVESTER M ORTEGA, SAN ANTONIO ACTING FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND CHARLOTTE COLLINS, WARDEN, T. DON HUTTO DETENTION CENTER; | § § § § § § § § § § § § | |
| *Defendants.* | | |

**ORDER DIRECTING SERVICE AND ANSWER/RESPONSE**

Before the Court is Petitioner Alvaro Gomez Gomez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, Dkt. No. 1. The District Judge referred the case for disposition of all pretrial matters, pursuant to Rule CV-72 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 3; 28 U.S.C. § 636(b). The Petition involves the application of 8 U.S.C. § 1226(a) and § 1225(b)(2), which provide differing statutory detention or release regimes of individuals accused of lacking lawful immigration status.

**IT IS ORDERED** that Respondents shall file a Response to the Petition, Dkt. No. 1, within **fourteen (14) days** of the date of service. This deadline is warranted by the backlog of similar cases in this Court. The Response should address why the Petition should not be granted and Petitioner released, particularly in light of the emerging clear consensus among decisions,

including in this District and Division, resolving the appropriate application of 8 U.S.C. § 1226(a) and § 1225(b)(2) in materially identical circumstances. *See e.g.*, *Hernandez-Fernandez v. Lyons*, No. 5:25-CV-00773-JKP, 2025 WL 2976923 (W.D. Tex. Oct. 21, 2025) (collecting District Court decision, including within the Fifth Circuit); *Hernando Rafael Ortega Munoz v. Noem et al.*, 1:25-CV-1753-RP, Order (W.D. Tex. Nov. 7, 2025); *Lliguicota Mayancela v. Superintendent of Karnes County Immigration Processing Center et al.*, No. 5:25-CV-01038-OLG-RBF, Report and Recommendation (W.D. Tex. Nov. 18, 2025). In addition to raising any arguments Respondents wish to preserve for review by the District Court and the Fifth Circuit, the Response should address whether there are any facts or legal issues unique to this case that set it apart from the many other cases in which this issue has been resolved.

Petitioner may file a reply, if desired, within **seven (7) days** of the filing of the Response.

**IT IS FURTHER ORDERED** that that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondents Pam Bondi, Attorney General of the United States; Sylvester Ortega, Field Office Director of U.S. Immigration and Customs Enforcement; and Kristi Noem, U.S. Department of Homeland Security. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216. It should be noted, however, that counsel for Respondent Bondi has appeared on the docket and will therefore also receive electronic notice of this Order via the Court's CM/ECF system.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Charlotte Collins, Warden of T. Don Hutto Detention Center 1001 Welch Street, Taylor, Texas 76574, with

copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, and this Order. Such delivery by certified mail, return receipt requested, will constitute sufficient service of process.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of January, 2026.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE